United States Bankruptcy Court
District of Maryland

In re:                                                        Case No. 93-54192-MMH
Robert William Connolly                                       Chapter 7
Marcia G. Connolly
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1         User: jmanderso         Page 1 of 1         Date Rcvd: Mar 04, 2019
                             Form ID: defntc         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
```
db/db         +Robert William Connolly, Jr.,   Marcia G. Connolly,   2122 Pine Avenue,
                Baltimore, MD 21244-2826
aty           +Ira C. Cooke,   2 Hopkins PLaza #900,   Levin & Gann, P.A.,   Baltimore, MD 21201-2930
aty           +Stanford G. Gann, Jr.,   Levin and Gann, P.A.,   502 Washington Avenue, 8th Floor,
                Towson, MD 21204-4516
intp          +Theresa Canada,   2516 Edge Combe Circle North,   Apt K,   Baltimore, MD 21215-6844
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:
```
              Adam   Stein-Sapir    adam@pfllc.com
              James R. Wooton    jr_wooton@msn.com,   jimwooton@comcast.net
              Joel I. Sher    jistrustee@shapirosher.com,   ch@shapirosher.com,jsher@ecf.epiqsystems.com
              Lori S. Simpson    lsimpson@lsimpsonlaw.com
              Lucy A. Cardwell    lcardwell@oag.state.md.us
              Richard J. Hackerman    richard@richardhackerman.com,   G62327@notify.cincompass.com
              Richard Marc Goldberg    rmg@shapirosher.com,   ejd@shapirosher.com,msw@shapirosher.com,
               jlj@shapirosher.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,   ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,notices@nextchapterbk.com
              Tammy   Cohen    tcohen@sellmanhoff.com
              US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
```
                                                                                            TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **93–54192 – MMH**   Chapter: **7**

**Robert William Connolly Jr. and**
**Marcia G. Connolly**
Debtors

# DEFICIENCY NOTICE

DOCUMENT:   995 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1068.15 Filed by Theresa Canada . (Attachments: # 1 Supplement # 2 Supplement) (Anderson, Jolon)

PROBLEM:   **The following items are deficient and/or needed for the above pleading, and must be cured by 3/18/19.**

**1. A Motion that contains the reason why the funds were not received by the claimant.**
**2, A Notarized Certificate of Service must be submitted to the Court.**
**3. A Notarized Affidavit must be submitted to the Court, that Affidavit must contain the Social Security Number and a brief history of the claim must be described, along with the address of the lead paint exposure listed in the brief history on that Affidavit.**
**4. A non redacted drivers license that contains the address listed on the Motion must be submitted to the Court.**
**5. A copy of Ms. Canada's Social Security Card.**

CURE:   Please provide the above missing information.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/4/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson
410–962–7964

cc:   Debtor

Attorney for Debtor – James R. Wooton

defntc (rev. 12/12/2016)