United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 93-54192-MMH
Robert William Connolly                                                         Chapter 7
Marcia G. Connolly
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0416-1           User: jmanderso           Page 1 of 1           Date Rcvd: Mar 06, 2019
                               Form ID: pdfparty         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
intp          +Iysha Carter,   1810 Clifton Avenue,   Baltimore, MD 21217-1303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: cmecf@dilksknopik.com Mar 06 2019 20:22:43      Rhoda Siberia Wilson,
                n/k/a Vaughn Jared Bridgewater,   c/o Dilks & Knopik, LLC,   35308 SE Center Street,
                Snoqualmie, WA 98065-9216
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Adam  Stein-Sapir    adam@pfllc.com
              James R. Wooton    jr_wooton@msn.com,   jimwooton@comcast.net
              Joel I. Sher    jistrustee@shapirosher.com,   ch@shapirosher.com,jsher@ecf.epiqsystems.com
              Lori S. Simpson    lsimpson@lsimpsonlaw.com
              Lucy A. Cardwell    lcardwell@oag.state.md.us
              Richard J. Hackerman    richard@richardhackerman.com,   G62327@notify.cincompass.com
              Richard Marc Goldberg    rmg@shapirosher.com,   ejd@shapirosher.com,msw@shapirosher.com,
               jlj@shapirosher.com
              Ronald J Drescher    ecfdrescherlaw@gmail.com,   ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com,notices@nextchapterbk.com
              Tammy  Cohen    tcohen@sellmanhoff.com
              US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
                                                                                             TOTAL: 10

Entered: March 6th, 2019
Signed: March 5th, 2019

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **93−54192 − MMH**   Chapter: **7**

**Robert William Connolly Jr. and**
**Marcia G. Connolly**
Debtors

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Dilks & Knopik, LLC for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $ 2154.46 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Rhoda Siberia Wilson
n/k/a Vaughn Jared Bridgewater
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

cc:   Claimant

**End of Order**

42x03 (rev. 10/03/2011) – jmanderson